UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GARY SAVELLE and WENDY SAVELLE | * | CIVIL ACTION NO.: 2:23-CV-00390 |
| | * | |
| | * | JUDGE: GREG GERARD GUIDRY |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE: |
| STATE FARM FIRE AND CASUALTY COMPANY | * | KAREN WELLS ROBY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION AND ORDER FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Gary Savelle and Wendy Savelle, and Defendant, State Farm Fire and Casualty Company, appearing herein through undersigned counsel of record, and on suggesting to the Court that this matter has been compromised and settled and therefore should be dismissed, with full prejudice, each party to bear its own costs.

BY ATTORNEYS:

/s/ Darrin M. O'Connor
DARRIN M. O'CONNOR (24582)
ASHLEY G. HADDAD (37695)
DAVID J. CREIGHTON (35461)
Porteous, Hainkel & Johnson L.L.P.
408 N. Columbia Street
Covington, LA 70433-2920
Telephone: (985) 893-4790
Direct Line: (985) 246-7454
Direct Fax: (985) 246-7455
E: doconnor@phjlaw.com
   ahaddad@phjlaw.com
   dcreighton@phjlaw.com
*Counsel for Defendant State Farm Fire and Casualty Company*

/s/ Shay F. Jaume
Galen M. Hair, La Bar No. 32865
Shay F. Jaume, La. Bar No. 39922
HAIR SHUNNARAH TRIAL ATTORNEYS, LLC.
d/b/a INSURANCE CLAIM HQ
d/b/a INSURANCE CLAIM LAWYERS, INC.
3540 S. I-10 Service Rd., W., Ste. 300
Metairie, Louisiana 70001
Telephone: 504.684.5200
Facsimile: 504.613.6351
hair@hairshunnarah.com
shay@hairshunnarah.com
*Attorneys for Plaintiffs, Gary Savelle and Wendy Savelle*

1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 19th day of March, 2024, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send notice of electronic filing to counsel of record.

/s/ Darrin M. O'Connor
**DARRIN M. O'CONNOR**